UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SOTO,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., et al.,<br><br>  Defendants. | Case No. 17-cv-01561-HRL<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Beth Labson Freeman for consideration of whether the case is related to 16-cv-6391-BLF, *Martin et al. v. Samsung Electronics America, Inc., et al*.

**IT IS SO ORDERED.**

Dated: 5/1/2017

_____
HOWARD R. LLOYD
United States Magistrate Judge