United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

IN RE SAMSUNG GALAXY
SMARTPHONE MARKETING AND
SALES PRACTICES LITIGATION.

_____

ERIC PIRVERDIAN, et al., on behalf of
themselves and all other similarly situated
persons,

        Plaintiffs,

    v.

SAMSUNG ELECTRONICS AMERICA,
INC., et al.,

        Defendants.

_____

LIZETT ANGUIANO, on behalf of herself
and all other similarly situated persons,

        Plaintiff,

    v.

SAMSUNG ELECTRONICS AMERICA,
INC., et al.,

        Defendants.

_____

FRANCISCO SOTO, on behalf of himself
and all other similarly situated persons,

        Plaintiff,

    v.

SAMSUNG ELECTRONICS AMERICA,
INC., et al.,

        Defendants.

_____

**Case No.  16-cv-06391-BLF**

**ORDER ADMINISTRATIVELY
CLOSING ACTIONS FOLLOWING
CONSOLIDATION**

Case No. 16-cv-07325-BLF

Case No. 17-cv-00315-BLF

Case No. 17-cv-01561-BLF

United States District Court
Northern District of California

| | |
|---|---|
| JESUS SANCHEZ, on behalf of himself and all other similarly situated persons, | Case No. 17-cv-01570-BLF |
| Plaintiffs, | |
| v. | |
| SAMSUNG ELECTRONICS AMERICA, INC., et al., | |
| Defendants. | |

TOMAS HERNANDEZ, et al., on behalf of themselves and all other similarly situated persons,

Case No. 17-cv-01965-BLF

Plaintiffs,

v.

SAMSUNG ELECTRONICS AMERICA, INC., et al.,

Defendants.

DIOR DEE, et al., on behalf of themselves and all other similarly situated persons,

Case No. 17-cv-02489-BLF

Plaintiffs,

v.

SAMSUNG ELECTRONICS AMERICA, INC., et al.,

Defendants.

DALE HOLZWORTH, SR., on behalf of himself and all other similarly situated persons,

Case No. 17-cv-02531-BLF

Plaintiffs,

v.

SAMSUNG ELECTRONICS AMERICA, INC., et al.,

Defendants.

On May 18, 2017, the Court approved the parties' proposed Case Management Order No. 1 with modifications. *See* Case Management Order No. 1 as Modified by the Court, ECF 49. That order provided for consolidation of all of the above captioned actions into the lowest numbered case for pretrial proceedings, the lowest numbered case thereafter to be referred to as the Master File and to be titled In Re: Samsung Galaxy Smartphone Marketing and Sales Practices Litigation. *Id.* The order also set forth procedures for appointment of interim lead counsel and the filing of a consolidated complaint. *Id.*

On June 29, 2017, the Court appointed interim co-lead Plaintiffs' counsel. *See* Order Appointing Interim Co-Lead Plaintiff's Counsel, ECF 58. On July 28, 2017, Plaintiffs' counsel filed a Consolidated Class Action Complaint in the Master File, In Re: Samsung Galaxy Smartphone Marketing and Sales Practices Litigation, Case No. 16-cv-06391-BLF. *See* Consol. Compl., ECF 63.

Accordingly, the Court finds it appropriate at this time to administratively close all of the above captioned actions other than the Master File, Case No. 16-cv-06391-BLF.

**IT IS SO ORDERED.**

Dated:  July 31, 2017

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

3