# EXHIBIT F

**SΛMSUNG**

# Galaxy S7

# Important Information

**Health and Safety Information
– page 9**

**Warranty Legal Information
– page 29**

**SΛMSUNG**

**This document contains important terms and conditions with respect to your device. By using this device, you accept those terms and conditions.**

## Legal Information

Important legal information can be accessed in writing on the mobile device or on samsung.com

**READ THIS INFORMATION BEFORE USING YOUR MOBILE DEVICE.**

**Samsung Limited Warranty** - This product is covered under the applicable Samsung Limited Warranty **INCLUDING ITS DISPUTE RESOLUTION PROCEDURE and your right to opt out of arbitration within 30 calendar days of the first consumer purchase. You may opt out by either sending an email to optout@sea.samsung.com with the subject line "Arbitration Opt-Out" or by calling 1-800-SAMSUNG (726-7864).** For more detailed procedures, please refer to the "Dispute Resolution Procedures and Arbitration and Opt-Out" section of the Limited Warranty.

Full written terms and detailed information about the warranty and obtaining service are available on the device at: Settings ➜ About device ➜ Legal Information ➜ Samsung legal or you may access the online version of the Health/Safety and Warranty guide for your device at:

> English:
> www.samsung.com/us/Legal/Phone-HSGuide
>
> Spanish:
> www.samsung.com/us/Legal/Phone-HSGuide-SP

Location of Legal Information on the device:

**Health and Safety Information**

• Settings ➜ About device ➜ Legal information ➜ Samsung legal ➜ Health and Safety

**Warranty**

• Settings ➜ About device ➜ Legal information ➜ Samsung legal ➜ Warranty

**End User License Agreement (EULA)**

• Settings ➜ About device ➜ Legal information ➜ Samsung legal ➜ End User License Agreement

3

**WARNING!** This product contains chemicals known to the State of California to cause cancer, birth defects, or other reproductive harm. For more information, please call 1-800-SAMSUNG (726-7864).

## Intellectual Property

All Intellectual Property, as defined below, owned by or which is otherwise the property of Samsung or its respective suppliers relating to the SAMSUNG Phone, including but not limited to, accessories, parts, or software relating thereto (the "Phone System"), is proprietary to Samsung and protected under federal laws, state laws, and international treaty provisions. Intellectual Property includes, but is not limited to, inventions (patentable or unpatentable), patents, trade secrets, copyrights, software, computer programs, and related documentation and other works of authorship. You may not infringe or otherwise violate the rights secured by the Intellectual Property. Moreover, you agree that you will not (and will not attempt to) modify, prepare derivative works of, reverse engineer, decompile, disassemble, or otherwise attempt

4

to create source code from the software. No title to or ownership in the Intellectual Property is transferred to you. All applicable rights of the Intellectual Property shall remain with SAMSUNG and its suppliers.

**Open Source Software**

Some software components of this product incorporate source code covered under GNU General Public License (GPL), GNU Lesser General Public License (LGPL), OpenSSL License, BSD License and other open source licenses. To obtain the source code covered under the open source licenses, please visit:

http://opensource.samsung.com

## Disclaimer of Warranties; Exclusion of Liability

EXCEPT AS SET FORTH IN THE EXPRESS WARRANTY CONTAINED ON THE WARRANTY PAGE ENCLOSED WITH THE PRODUCT, THE PURCHASER TAKES THE PRODUCT "AS IS", AND SAMSUNG MAKES NO EXPRESS OR IMPLIED WARRANTY OF ANY KIND WHATSOEVER WITH RESPECT TO THE PRODUCT, INCLUDING BUT NOT LIMITED TO THE MERCHANTABILITY OF THE PRODUCT OR ITS FITNESS FOR ANY PARTICULAR PURPOSE OR USE; THE DESIGN, CONDITION OR QUALITY OF THE PRODUCT; THE PERFORMANCE OF THE PRODUCT; THE WORKMANSHIP OF THE

5

PRODUCT OR THE COMPONENTS CONTAINED THEREIN, OR COMPLIANCE OF THE PRODUCT WITH THE REQUIREMENTS OF ANY LAW, RULE, SPECIFICATION OR CONTRACT PERTAINING THERETO. NOTHING CONTAINED IN THE INSTRUCTION MANUAL SHALL BE CONSTRUED TO CREATE AN EXPRESS OR IMPLIED WARRANTY OF ANY KIND WHATSOEVER WITH RESPECT TO THE PRODUCT. IN ADDITION, SAMSUNG SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND RESULTING FROM THE PURCHASE OR USE OF THE PRODUCT OR ARISING FROM THE BREACH OF THE EXPRESS WARRANTY, INCLUDING INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES, OR LOSS OF ANTICIPATED PROFITS OR BENEFITS.

**Modification of Software**

SAMSUNG IS NOT LIABLE FOR PERFORMANCE ISSUES OR INCOMPATIBILITIES CAUSED BY YOUR EDITING OF REGISTRY SETTINGS, OR YOUR MODIFICATION OF OPERATING SYSTEM SOFTWARE.

USING CUSTOM OPERATING SYSTEM SOFTWARE MAY CAUSE YOUR DEVICE AND APPLICATIONS TO WORK IMPROPERLY. YOUR CARRIER MAY NOT PERMIT USERS TO DOWNLOAD CERTAIN SOFTWARE, SUCH AS CUSTOM OS.

**Samsung KNOX**

Samsung KNOX™ is Samsung's security platform and is a mark for a Samsung device tested for security with enterprise use in mind. Additional licensing fee may be required. For more information about KNOX, please refer to: www.samsung.com/us/knox [061616]

## Samsung Electronics America (SEA), Inc

**Address:**
**85 Challenger Road**
**Ridgefield Park,**
**New Jersey 07660**

**Phone:**
**1-800-SAMSUNG (726-7864)**

**Internet Address:**
www.samsung.com

©2016 Samsung Electronics America, Inc. Samsung is a registered trademark of Samsung Electronics Co., Ltd.

Do you have questions about your Samsung Mobile Device? For 24 hour information and assistance, we offer a new FAQ/ARS System (Automated Response System) at: www.samsung.com/us/support

# Table of Contents

**Health and Safety Information** .......................... **9**

Maintaining Water and Dust Resistance ............... 10

Specific Absorption Rate (SAR) Certification Information ............... 12

FCC Part 15 Information to User ................... 15

Commercial Mobile Alerting System ("CMAS") .......... 17

Samsung Mobile Products and Recycling ............ 17

GPS & AGPS .............. 19

Emergency Calls .......... 22

FCC Hearing Aid Compatibility (HAC) Regulations for Wireless Devices .......... 23

Restricting Children's Access to Your Mobile Device ..... 28

**Warranty Legal Information** ......................... **29**

End User License Agreement for Software (EULA) ........ 29

Health/Safety and Standard Limited Warranty Guide (Terms & Conditions of Sale) ................... 29

Procedures for Dispute Resolution/30-day Arbitration and Opt-Out Policy ........ 30

**Index** .................................... **34**

# Health and Safety Information

This section outlines the safety precautions associated with using your phone. The terms "mobile device" or "cell phone" are used in this section to refer to your phone. **Read this information before using your mobile device**.

---

**Caution!** Exercise care when using the card removal tool to eject an internal card slot.

---

**Caution!** The information gathered from this device, S Health, or related software is not intended for use in the diagnosis of disease or other conditions, or in the cure, mitigation, treatment or prevention of disease. The accuracy of the information and data provided by this device and its related software, including heart rate readings, may be affected by factors such as environmental conditions, skin condition, specific activity performed while using/wearing the device,

settings of the device, user
configuration, user-provided information,
placement of the sensor
on the body, and other
end-user interactions.
Please refer to the user
manual for more
information on proper
wear and use, or see
www.samsung.com/us/
heartratesensor

---

Note: Water-resistant and
dust-resistant based on
IP68 rating, which tests
submersion up to 5.0 feet for
up to 30 minutes.

---

## Maintaining Water and Dust Resistance

This device is rated IP68 using the Ingress Protection rating system.

Your device has been tested in a controlled environment and shown to be water and dust resistant in certain circumstances (meets requirements of classification IP68 as described by the international standard IEC 60529 - Degrees of Protection provided by Enclosures [IP Code]; test conditions: 15-35°C, 86-106 kPa, 5.0 feet, for 30 minutes). Despite this classification, your device is not impervious to water

damage in any situation. It is important that all compartments are closed tightly.

Follow these tips carefully to prevent damage to the device.

- Whenever your device gets wet, dry it thoroughly with a clean, soft cloth.
- Do not expose the device to salt water or ionized water, or to water over 5.0 feet deep for more than 30 minutes. If your device is exposed to fresh water, dry it thoroughly with a clean, soft cloth. If the device is exposed to any liquid other than fresh water, rinse the device with fresh water immediately and dry it thoroughly with a clean, soft cloth. Failure to rinse the device in fresh water and dry it as instructed may cause the device to suffer from operability or cosmetic issues.
- Do not expose the device to water at high pressure.
- If the device is dropped or receives an impact, the water and dust resistant features of the device may be damaged.

- The touchscreen and other features may not work properly if the device is used in water or in other liquids.
  [040616]

## Specific Absorption Rate (SAR) Certification Information

Your wireless device is a radio transmitter and receiver. It is designed and manufactured not to exceed the exposure limits for Radio Frequency (RF) energy set by the Federal Communications Commission (FCC) of the U.S. Government.

These FCC RF exposure limits are derived from the recommendations of two expert organizations: the National Council on Radiation Protection and Measurement (NCRP) and the Institute of Electrical and Electronics Engineers (IEEE). In both cases, the recommendations were developed by scientific and engineering experts drawn from industry, government, and academia after extensive reviews of the scientific literature related to the biological effects of RF energy.

The RF exposure limit set by the FCC for wireless mobile devices employs a unit of measurement known as the Specific Absorption Rate (SAR). The SAR is a measure of the rate of absorption of RF energy by the human body expressed in units of watts per kilogram (W/kg). The FCC

12

requires wireless devices to comply with a safety limit of 1.6 watts per kilogram (1.6 W/kg).

The FCC SAR limit incorporates a substantial margin of safety to give additional protection to the public and to account for any variations in measurements.

SAR tests are conducted using standard operating positions accepted by the FCC with the device transmitting at its highest certified power level in all tested frequency bands. Although the SAR is determined at the highest certified power level, the actual SAR level of the device while operating can be well below the maximum reported value. This is because the device is designed to operate at multiple power levels so as to use only the power required to reach the network. In general, the closer you are to a wireless base station antenna, the lower the power output of the device.

Before a new model device is available for sale to the public, it must be tested and certified to the FCC that it does not exceed the SAR limit established by the FCC. Tests for each model phone are performed in positions and locations (e.g. at the ear and worn on the body) as required by the FCC.

For body-worn operation, this device has been tested and meets FCC RF exposure guidelines when used with an accessory that contains no metal and that positions the mobile device a minimum of 1.5 cm from the body. Use of other accessories may not ensure compliance with FCC RF exposure guidelines. The FCC has granted an Equipment Authorization for this mobile device with all reported SAR levels evaluated as in compliance with the FCC RF exposure guidelines.

This device has a FCC ID number: A3LSMG930US [Model Number: SM-G930P] and the specific SAR levels for this device can be found at the following FCC website: www.fcc.gov/oet/ea/

The SAR information for this device can also be found on Samsung's website: www.samsung.com/sar

SAR information on this and other model devices can be accessed online on the FCC's website through http://transition.fcc.gov/oet/rfsafety/sar.html. To find information that pertains to a particular model, this site uses the device FCC ID number which is usually printed somewhere on the case of the device. Sometimes it may be necessary to remove the battery pack to find the number. Once you have the FCC ID number for a particular device, follow the instructions on the

14

website and it should provide values not typical or maximum SAR for a particular device. Additional SAR information can also be obtained at www.fcc.gov/encyclopedia/specific-absorption-rate-sar-cellular-telephones

**FCC Part 15 Information to User**

Pursuant to part 15.21 of the FCC Rules, you are cautioned that changes or modifications not expressly approved by Samsung could void your authority to operate the device.

This device complies with part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

**Note:** This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications.

However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

• Reorient or relocate the receiving antenna.

• Increase the separation between the equipment and receiver.

16

- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

## Commercial Mobile Alerting System ("CMAS")

This device is also designed to receive CMAS alerts, known as Personal Localized Alerting Network ("PLAN") alerts. If your wireless provider has chosen to participate in CMAS/PLAN, alerts may be available while in the provider's coverage area. If you travel outside your provider's coverage area, alerts may not be available. For more information, please contact your wireless provider.

## Samsung Mobile Products and Recycling

Samsung cares for the environment and encourages its customers to recycle Samsung mobile devices and genuine Samsung accessories.

Proper disposal of your mobile device and its battery is not only important for safety, it benefits the environment.

Batteries must be recycled or disposed of properly.

**Note:** Dispose of unwanted
electronics through an
approved recycler.

We've made it easy for you to
recycle your old Samsung mobile
device by working with respected
take-back companies in every state
in the country.

**Note:** Most carriers will provide a
take-back option for products
to be properly disposed when
purchasing new products.

For battery recycling,
go to *call2recycle.org*
or call **1-800-822-8837**.



### Drop It Off

You can drop off your
Samsung-branded mobile device
and batteries for recycling at one of
our numerous Samsung Recycling
Direct (SM) locations.

**Note:** Samsung-branded devices
and batteries will be
accepted at these locations
for no fee.

To find the nearest recycling
location, go to any of the following:

• www.samsung.com/recyclingdirect
or call 1-877-278-0799.

**Mail It In**

The Samsung Mobile Take-Back Program will provide Samsung customers with a free recycling mailing label.

For more information, go to: https://pages.samsung.com/recycling/index.jsp and follow the on-screen instructions or call 1-800-822-8837.

**Follow local regulations regarding disposal of mobile devices and batteries**

Dispose of your mobile device and batteries in accordance with local regulations. In some areas, the disposal of these items in household or business trash may be prohibited. Help us protect the environment - recycle!

---

**WARNING!** Never dispose of batteries in a fire because they may explode.

---

## GPS & AGPS

Certain Samsung mobile devices can use a Global Positioning System (GPS) signal for location-based applications. A GPS uses satellites controlled by the U.S. Government that are subject to changes implemented in accordance with the Department of Defense policy

and the 2008 Federal Radio navigation Plan. RFP changes may affect the performance of location-based technology on your mobile device.

Certain Samsung mobile devices can also use an Assisted Global Positioning System (AGPS), which obtains information from the cellular network to improve GPS performance. AGPS uses your wireless service provider's network and therefore airtime, data charges, and/or additional charges may apply in accordance with your service plan. Contact your wireless service provider for details.

**Your Location**

Location-based information includes information that can be used to determine the approximate location of a mobile device. Mobile devices which are connected to a wireless network transmit location-based information. Additionally, if you use applications that require location-based information (e.g. driving directions), such applications transmit location-based information. The location-based information may be shared with third-parties, including your wireless service provider, applications providers, Samsung, and other third-parties providing services.

**Use of AGPS in Emergency Calls**

When you make an emergency call, the cellular network may activate AGPS technology in your mobile device to tell the emergency responders your approximate location.

AGPS has limitations and **might not work in your area**. Therefore:

• Always tell the emergency responder your location to the best of your ability; and

• Remain on the mobile device for as long as the emergency responder instructs you.

**Navigation**

Maps, directions, and other navigation-data, including data relating to your current location, may contain inaccurate or incomplete data, and circumstances can and do change over time. In some areas, complete information may not be available. **Therefore, you should always visually confirm that the navigational instructions are consistent with what you see before following them. All users should pay attention to road conditions, closures, traffic, and all other factors that may impact safe driving or walking. Always obey posted road signs**.

## Emergency Calls

This mobile device, like any wireless mobile device, operates using radio signals, wireless and landline networks, as well as user-programmed functions, which cannot guarantee connection in all conditions, areas, or circumstances.

Therefore, you should never rely solely on any wireless mobile device for essential communications (medical emergencies, for example). Before traveling in remote or underdeveloped areas, plan an alternate method of contacting emergency services personnel. Remember, to make or receive any calls, the mobile device must be switched on and in a service area with adequate signal strength.

Emergency calls may not be possible on all wireless mobile device networks or when certain network services and/or mobile device features are in use. Check with local service providers. If certain features are in use (call blocking, for example), you may first need to deactivate those features before you can make an emergency call. Consult your User Manual and your local cellular service provider.

When making an emergency call, remember to give all the necessary information as accurately as possible. Remember that your mobile device may be the only means of communication at the

scene of an accident; do not cut off the call until given permission to do so.

**To make an emergency call:**

1. If the mobile device is not on, switch it on.

2. Open your phone dialer.

3. Enter the emergency number for your present location (for example, 911 or other official emergency number), then tap **Call/Send**. Emergency numbers vary by location.

### FCC Hearing Aid Compatibility (HAC) Regulations for Wireless Devices

The U.S. Federal Communications Commission (FCC) has established requirements for digital wireless mobile devices to be compatible with hearing aids and other assistive hearing devices.

When individuals employing some assistive hearing devices (hearing aids and cochlear implants) use wireless mobile devices, they may detect a buzzing, humming, or whining noise. Some hearing devices are more immune than others to this interference noise, and mobile devices also vary in the amount of interference they generate.

The wireless telephone industry has developed a rating system for wireless mobile devices to assist hearing device users find mobile devices that may be compatible with their hearing devices. Not all mobile devices have been rated. Mobile devices that are rated have the rating on their box or a label located on the box.

The ratings are not guarantees. Results will vary depending on the user's hearing device and hearing loss. If your hearing device happens to be vulnerable to interference, you may not be able to use a rated mobile device successfully. Trying out the mobile device with your hearing device is the best way to evaluate it for your personal needs.

**M-Ratings**: Wireless mobile devices rated M3 or M4 meet FCC requirements and are likely to generate less interference to hearing devices than mobile devices that are not labeled. M4 is the better/higher of the two ratings. M-ratings refer to enabling acoustic coupling with hearing aids that do not operate in telecoil mode.

**T-Ratings**: Mobile devices rated T3 or T4 meet FCC requirements and are likely to generate less interference to hearing devices than mobile devices that are not labeled. T4 is the better/higher of the two ratings.

24

T-ratings refer to enabling inductive coupling with hearing aids operating in telecoil mode.

Hearing devices may also be rated. Your hearing aid manufacturer or hearing health professional may help you find this rating. Higher ratings mean that the hearing device is relatively immune to interference noise.

Under the current industry standard, American National Standards Institute (ANSI) C63.19, the hearing aid and wireless mobile device rating values are added together to indicate how usable they are together. For example, if a hearing aid meets the M2 level rating and the wireless mobile device meets the M3 level rating, the sum of the two values equals M5.

Under the standard, this should provide the hearing aid user with normal use while using the hearing aid with the particular wireless mobile device. A sum of 6 or more would indicate excellent performance.

However, these are not guarantees that all users will be satisfied. T ratings work similarly.



M3    +    M2    =    5

T3    +    T2    =    5

The HAC rating and measurement procedure are described in the American National Standards Institute (ANSI) C63.19 standard.

**HAC for Newer Technologies**

This device has been tested and rated for use with hearing aids for some of the wireless technologies that it uses. However, there may be some newer wireless technologies used in this device that have not been tested yet for use with hearing aids.

It is important to try the different features of this device thoroughly and in different locations, using your hearing aid or cochlear implant, to determine if you hear any interfering noise. Consult your service provider or the manufacturer of this device for information on hearing aid compatibility. If you have questions about return or exchange policies, consult your service provider or device retailer.

26

**Caution: Some applications of prolonged usage may increase device temperature.** Prolonged skin contact with a device that is hot to the touch may produce skin discomfort or redness, or low-temperature burns. If the device feels hot to the touch, discontinue use and close all applications or turn off the device until it cools. Always ensure that the device has adequate ventilation and air flow. Covering the device with bedding, your body, thick clothing or any other materials that significantly affect air flow may affect the performance of the device and poses a possible risk of fire or explosion, which could lead to serious bodily injuries or damage to property.

## Restricting Children's Access to Your Mobile Device

Your mobile device is not a toy. Do not allow children to play with it because they could hurt themselves and others, damage the mobile device, or make calls that increase your mobile device bill.

Keep the mobile device and all its parts and accessories out of the reach of small children.

# Warranty Legal Information

SAMSUNG ELECTRONICS AMERICA, INC. ("SAMSUNG") warrants that SAMSUNG's devices and accessories ("Products") are free from defects in material and workmanship under normal use and service.

Samsung Electronics America, Inc.

85 Challenger Road

Ridgefield Park, New Jersey 07660

Phone: 1-800-SAMSUNG (726-7864)

## End User License Agreement for Software (EULA)

The EULA for this device can be found:

- Online at: www.samsung.com/us/Legal/SamsungLegal-EULA4

## Health/Safety and Standard Limited Warranty Guide (Terms & Conditions of Sale)

The online version of the Health/Safety and Warranty guide for your device can be found at:

- English: www.samsung.com/us/Legal/Phone-HSGuide

- Spanish: www.samsung.com/us/Legal/Phone-HSGuide-SP

ALL DISPUTES WITH SAMSUNG ARISING IN ANY WAY FROM THIS LIMITED WARRANTY OR THE SALE, CONDITION OR PERFORMANCE OF THE PRODUCTS SHALL BE RESOLVED EXCLUSIVELY THROUGH FINAL AND BINDING ARBITRATION, AND NOT BY A COURT OR JURY. ANY SUCH DISPUTE SHALL NOT BE COMBINED OR CONSOLIDATED WITH A DISPUTE INVOLVING ANY OTHER PERSON'S OR ENTITY'S PRODUCT OR CLAIM, AND SPECIFICALLY, WITHOUT LIMITATION OF THE FOREGOING, SHALL NOT UNDER ANY CIRCUMSTANCES PROCEED AS PART OF A CLASS ACTION. THE ARBITRATION SHALL BE CONDUCTED BEFORE A SINGLE ARBITRATOR, WHOSE AWARD MAY NOT EXCEED, IN FORM OR AMOUNT, THE RELIEF ALLOWED BY THE APPLICABLE LAW. The arbitration shall be conducted according to the American Arbitration Association (AAA) Commercial Arbitration Rules applicable to consumer disputes. The AAA Rules are available online at adr.org or by calling the AAA at 1-800-778-7879. This arbitration provision is entered pursuant to the Federal Arbitration Act. The laws of the State of Texas, without reference to its choice of laws principles, shall govern the

30

subject to this arbitration provision.
The arbitrator shall decide all issues
of interpretation and application of
this arbitration provision and the
Limited Warranty.

For any arbitration in which your
total damage claims, exclusive of
attorney fees and expert witness
fees, are $5,000.00 or less ("Small
Claim"), the arbitrator may, if you
prevail, award your reasonable
attorney fees, expert witness fees
and costs as part of any award, but
may not grant SAMSUNG its
attorney fees, expert witness fees or
costs unless it is determined that
the claim was brought in bad faith.
In a Small Claim case, you shall be
required to pay no more than half of
the total administrative, facility and
arbitrator fees, or $50.00 of such
fees, whichever is less, and
SAMSUNG shall pay the remainder
of such fees. Administrative, facility
and arbitrator fees for arbitrations in
which your total damage claims,
exclusive of attorney fees and
expert witness fees, exceed
$5,000.00 ("Large Claim") shall be
determined according to AAA rules.
In a Large Claim case, the arbitrator
may grant to the prevailing party, or
apportion among the parties,
reasonable attorney fees, expert
witness fees and costs. Judgment

may be entered on the arbitrator's award in any court of competent jurisdiction.

This arbitration provision also applies to claims against SAMSUNG's employees, representatives and affiliates if any such claim arises from the Product's sale, condition or performance.

**You may opt out of this dispute resolution procedure by providing notice to SAMSUNG <u>no later than 30 calendar days from the date of the first consumer purchaser's purchase of the Product</u>. To opt out, you must send notice by e-mail to optout@sea.samsung.com, with the subject line: "Arbitration Opt Out." You must include in the opt out e-mail (a) your name and address; (b) the date on which the Product was purchased; (c) the Product model name or model number; and (d) the IMEI or MEID or Serial Number, as applicable, if you have it (the IMEI or MEID or Serial Number can be found (i) on the Product box; (ii) on the Product information screen, which can be found under "Settings;" (iii) on a label on the back of the Product beneath the battery, if the battery is removable; and (iv) on the outside of the Product if the battery is not removable). Alternatively, you may opt out by calling 1-800-SAMSUNG (726-7864) no later than 30 calendar days from the date of the first consumer purchaser's purchase of the Product and providing the same**

information. These are the only two forms of notice that will be effective to opt out of this dispute resolution procedure. Opting out of this dispute resolution procedure will not affect the coverage of the Limited Warranty in any way, and you will continue to enjoy the benefits of the Limited Warranty.

**Severability**

If any portion of this Limited Warranty is held to be illegal or unenforceable, such partial illegality or unenforceability shall not affect the enforceability of the remainder of the Limited Warranty. [013016]

# Index

**C**

Commercial Mobile Alerting
System (CMAS) 17

**E**

Emergency Calls 22
EULA 29

**F**

FCC Hearing Aid Compatibility
(HAC) Regulations for Wireless
Devices 23

**G**

GPS & AGPS 19

**H**

Health and Safety Information 9

**P**

Personal Localized Alerting
Network (PLAN) 17

**R**

Restricting Children's Access to
Your Mobile Device 28

**S**

Samsung Mobile Products and
Recycling 17
Specific Absorption Rate (SAR)
Certification Information 12
Standard Limited Warranty 29

**T**

Terms & Conditions of Sale 29

**W**

Warranty Legal Information 29

34

[Page left intentionally blank]

GH68-45569C_REV_1.3 Printed in Mexico
SPT_G930P_EN_HS_PS_062016_FINAL
